UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO O. RAMIREZ,<br>Petitioner,<br>v.<br>ROB BONTA,<br>Respondent. | Case No. 5:26-cv-01153 RGK (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all the records and files herein, along with the Report and Recommendation dated July 24, 2026, [Dkt. No. 11], of the assigned United States Magistrate Judge. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 11], is accepted;

///

///

2. The Petition is dismissed as duplicative; and

3. Judgment is to be entered accordingly.

DATED: 9/3/2026

THE HONORABLE R. GARY KLAUSNER
United States District Judge