JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO O. RAMIREZ, Petitioner, v. ROB BONTA, Respondent. | Case No. 5:26-cv-01153 RGK (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is dismissed.

DATED: 9/3/2026

HONORABLE R. GARY KLAUSNER
United States District Judge